UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:22-cr-10-CEA-CHS |
| v. | ) | |
| | ) | |
| JOSH BROWN | ) | |

### UNITED STATES RESPONSE TO MOTION TO SUPPRESS

Comes now the United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Scott A. Winne, Assistant United States Attorney, and hereby notifies the court and defendant that the United States will not seek to introduce at trial statements made by the defendant to interviewing agents at the Bedford County jail on January 7, 2022. The United States has determined that it cannot meet its burden to prove the defendant did not request counsel prior to this questioning; that is, when he was arrested by Murfreesboro police officers the previous day.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: **/s/ Scott A. Winne**
Scott A. Winne, ME BPR #7120
Assistant U.S. Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
Scott.Winne@usdoj.gov
(423) 752-5140

1