# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

Criminal Trial: **3** Day of Trial Case No. **4:22-cr-10-05** USA v. **Joshua Brown**

Honorable **Charles E. Atchley, Jr.** ☑ U.S. District Judge ☐ U.S. Magistrate Judge

**Scott Winne**
Assistant U.S. Attorney(s)

_____
Assistant U.S. Attorney(s)

**Stephanie Fernandez**
Court Reporter

**Dan Ripper**
Defendant's Attorney(s)

_____
Defendant's Attorney(s)

**Allison Laster**
Courtroom Deputy

_____ ☐
Interpreter(s)     Sworn

## PROCEEDINGS

☐ Jury selected & sworn: Jurors present: **14** /Seated _____ /Challenged _____ /Excused _____ /Not Used _____

☐ Rule requested ☐ Opening Statements ☐ Witnesses sworn (See Exhibit and Witness List)

☐ Introduction of evidence for government ☐ begun ☐ resumed ☐ concluded

☐ Defendant's Motion: _____ ; ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft(s) ☐ begun ☐ resumed ☐ concluded

☐ Defendant's Renewed Motion: _____ ; ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge Conference ☑ Closing Arguments ☑ Charge of Court

☑ Jury retired to deliberate at **11:05 a.m.** Jury returned at: **6:34 p.m.**

☐ Jury Verdict: **Guilty 1-3 SSI; Not Guilty 4 SSI**

☐ Jury polled ☑ Polling waived ☐ Mistrial declared Judgment Date: **January 25, 2024 at 10:00 a.m.**

☑ Exhibits: ☐ taken by Court ☑ returned to attorneys (See Exhibit Withdrawal)

☐ Trial Continued until: _____

Other proceedings:

☐ Deft remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Time: **9:03** to **11:05**      Date: **8/17/2023**
**1:00** to **1:02**
**3:35** to **3:44**
**5:16** to **5:33**
**6:34** to **6:41**
_____ to _____

**Revised 10/13**